FIRST DEPARTMENT, OCTOBER, 1948.

(October 4, 1948.)

ALEX VISO, Respondent, v. AGNES HEALION, Defendant, and RICHARD HANNIGAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

AMERICAN RESERVE INSURANCE COMPANY, Appellant, v. CHINA INSURANCE COMPANY, LIMITED, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *post*, p. 924.]

TITLE GUARANTEE AND TRUST COMPANY, as Trustee of a Trust Created between ROBERT S. BREWSTER, as Settlor, and TITLE GUARANTEE AND TRUST COMPANY, as Trustee, Respondent, v. SYLVIA B. MAUDE et al., Respondents, and ERIC F. MAUDE, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent Doris I. Byrne. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

JOSE A. GANDUS, Appellant, v. SASSOON S. SHAMASH, et al., Individually and as Copartners Doing Business under the Name of S. SHAMASH & SONS, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

In the Matter of the Arbitration between INTERNATIONAL RETAIL, WHOLE-SALE AND DEPARTMENT STORE UNION, C.I.O., Respondent, and PROGRESSIVE DRUG COMPANY, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *post*, p. 918.]

MARIO BACKHAUS, Respondent, v. MAX KADERLI, et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

CAPE PRODUCE COMPANY (PROPRIETARY) LIMITED, Respondent, v. HOLT, RENFREW & Co. LIMITED, Appellant.— Orders, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *post*, p. 887.]

UNIVERSAL METAL PRODUCTS CO. INC., Respondent, v. DE-MORNAY BUDD, INCORPORATED, Appellant.— Order unanimously modified, with $20 costs and disbursements to the appellant so as to allow the amendment to increase damages; in all other respects the order appealed from is unanimously affirmed without prejudice to the condition of the cause upon the calendar. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

41 WEST 8TH STREET CORP. et al., Respondents, v. CHRIST SPILIOTIS, Doing Business as CHRIS SEA FAIR, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.